1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4

5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA L. GONZALEZ<br>xxx-xx-8707<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No. 13-cv-01359-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from January 6, 2014, to February 7, 2014,  with all other deadlines extended accordingly.  This extension is required due to counsel's crowded briefing schedule

////

////

////

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: January 6, 2014 | /s/*Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| 4 | | |
| 5 | | Attorney for Plaintiff |

Dated: January 6, 2014

Benjamin B. Wagner
United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Scott Borrowman
SCOTT BORROWMAN

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   January 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE