1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
3   Sacramento, CA 95817
    Telephone: (916) 509-7051

4
5   Attorneys for Plaintiff
6
7
8               IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11  EMMA L. GONZALEZ                 )     Case No. 13-cv-01359-EFB
    xxx-xx-8707                      )
12                                   )
                                     )
13                                   )     STIPULATION AND ~~PROPOSED~~
                                     )     ORDER EXTENDING PLAINTIFF'S
14              Plaintiff,           )     TIME TO FILE SUMMARY
                                     )     JUDGMENT MOTION
15  v.                               )
                                     )
16  COMMISSIONER OF SSA              )
                                     )
17              Defendant.           )
                                     )
18  _____     )
19
20       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21  Plaintiff's time to file her summary judgment motion is hereby extended from February 7, 2014, to
22  February 21, 2014,  with all other deadlines extended accordingly.  This extension is required due
23  to the fact that plaintiff's counsel will be out of town from February 7, 2014, through February 11,
24  2014, and will not be able to complete the brief as scheduled.
25
26  ////
27  ////
28  ////

                                    1

1

2

3

Dated: February 6, 2014

4                                          */s/Bess M. BREWER*
                                           BESS M. BREWER
5                                          Attorney at Law

6                                          Attorney for Plaintiff

7

8

Dated: February 6, 2014                    Benjamin B. Wagner
9                                          United States Attorney

10                                         Donna L. Calvert
                                           Acting Regional Chief Counsel, Region IX
11                                         Social Security Administration

12                                         /s/ Scott Borrowman

13                                         SCOTT BORROWMAN

14                                         Special Assistant United States Attorney
                                           Attorneys for Defendant

15

16

17                                  **ORDER**

18

APPROVED AND SO ORDERED
19

20   DATED:   February 10, 2014.

21                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2